Opinion issued April 29, 2025



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00232-CV

_____

**BRENDA RODRIGUEZ, Appellant**

**V.**

**HADI JAFARZADEH AND TRADEWIND HOMES, LLC, Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-20351**

---

## MEMORANDUM OPINION

On April 1, 2025, appellant, Brenda Rodriguez, proceeding pro se, filed a notice of appeal from the trial court's February 5, 2024 final judgment. On April 4, 2025, appellee, Jadi Jafarzadeh, filed a "Motion to Dismiss Appeal," arguing that

the Court lacked jurisdiction over the appeal because appellant's notice of appeal was not timely filed.

We grant Jafarzadeh's motion and dismiss the appeal for lack of jurisdiction.

Absent a timely filed notice of appeal, we lack jurisdiction over an appeal. *See* TEX. R. APP. P. 25.1. Generally, a notice of appeal from a final judgment must be filed within thirty days after the entry of judgment. *See* TEX. R. APP. P. 26.1. However, where a party timely files certain post-judgment motions, the deadline to file a notice of appeal is extended to ninety days after the entry of judgment. *See* TEX. R. APP. P. 26.1(a)(1).

The record reflects that appellant filed a motion for new trial in the trial court. Accordingly, to invoke this Court's appellate jurisdiction over the trial court's February 5, 2024 final judgment, appellant was required to file a notice of appeal on or before May 6, 2024. Appellant's April 1, 2025 notice of appeal was not timely filed by this deadline.

The time within which to file a notice of appeal may be enlarged, however, if, within fifteen days after the deadline for filing the notice of appeal, an appellant files a notice of appeal in the trial court and a motion for extension of time to file the notice of appeal in the appellate court. *See* TEX. R. APP. P. 10.5(b), 26.3.

Accordingly, to invoke this Court's appellate jurisdiction, appellant was required to file a notice of appeal in the trial court and a motion for extension of time

2

to file a notice of appeal in the appellate court on or before May 21, 2024. *See* TEX. R. APP. P. 26.1(a)(1), 26.3. Appellant's April 1, 2025 notice of appeal was therefore not timely filed, and appellant did not file a motion for extension of time to file a notice of appeal in this Court. Because appellant failed to file a timely notice of appeal, we lack jurisdiction over this appeal.

Jafarzadeh's motion to dismiss does not include a certificate of conference stating whether all other parties are opposed to the relief requested. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has responded to Jafarzadeh's motion to dismiss. *See* TEX. R. APP. P. 10.3(a). Accordingly, we grant Jafarzadeh's motion and dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.